UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL HERNANDEZ,<br>    Petitioner,<br>        v.<br>S. HATTON, WARDEN, et al.,<br>    Respondents. | NO. CV 16-7576-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: October 18, 2016

_____
GEORGE H. WU
United States District Judge